# IN THE UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF FLORIDA

Benjamin Williams,
    Plaintiff

v

TRUTH SOCIAL MEDIA, TRUMP MEDIA &
TECHNOLOGY GROUP CORP

DONALD J. TRUMP
    Defendant

FILED BY _____ D.C.

FEB 10 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS & 14TH AMENDMENT EQUAL PROTECTION CLAUSE

1. This is an action brought against the Trump Media and Technology Group Corporation and President Elect Donald J Trump, the defendants for violation of **42 U.S.C. 2000e, Title XLII chapter 21 of the Civil Act of 64.**, and **42 U.S. Code § 1981 - Equal rights under the law**, 14th **Amendment Equal Protection Clause.**

2. The plaintiff, Benjamin Williams is a resident of the county of Cook in the state of Illinois.

3. The defendant is a government agent of the executive branch, District of Columbia, and defendant corporation is incorporated in Sarasota, FL.

8. The defendant Donald Trump having been sworn to uphold the constitution of the United States and his businesses must be held to a greater account of protecting the rights of all citizens no matter what the race, religion, gender, sexual orientation or political affiliation are.

9. This court have the duty to interpret and apply the law without prejudice in accordance with the way previous courts and the implicit writings of the constitution and law. It will be a miscarriage of justice to allow this defendant to act with impunity and without regard to the law.

10. The actions of the defendant in this matter is a gross violation of the plaintiff Civil Rights and must be remedy for the damages caused.

11. The plaintiff has suffered damages of mental anguish for constantly being slander, racially degraded and racially profiled. There are irreparable damages of reputation and state of mind caused by the continue racial degradation. The media company has allowed with impunity the degradation of the black man, black woman and Jewish people and it has caused cultural suffering since November 5, 2024.

12. **THEREFORE**, the plaintiff asks that the court remedy the matter in accordance with the law and Constitution of the United States.

8. The defendant Donald Trump having been sworn to uphold the constitution of the United States and his businesses must be held to a greater account of protecting the rights of all citizens no matter what the race, religion, gender, sexual orientation or political affiliation are.

9. This court have the duty to interpret and apply the law without prejudice in accordance with the way previous courts and the implicit writings of the constitution and law. It will be a miscarriage of justice to allow this defendant to act with impunity and without regard to the law.

10. The actions of the defendant in this matter is a gross violation of the plaintiff Civil Rights and must be remedy for the damages caused.

11. The plaintiff has suffered damages of mental anguish for constantly being slander, racially degraded and racially profiled. There are irreparable damages of reputation and state of mind caused by the continue racial degradation. The media company has allowed with impunity the degradation of the black man, black woman and Jewish people and it has caused cultural suffering since November 5, 2024.

12. **THEREFORE**, the plaintiff asks that the court remedy the matter in accordance with the law and Constitution of the United States.

**Wherefore,** Benjamin Williams prays the court grants relief in the sum of $500,000,000.00, plus punitive damages for the gross violation by a former and elected member of the executive branch of government.

_____ Date: 1-7-2025

(Plaintiff's signature)

**Benjamin Williams**

**Chicago, IL 60608**

bw.campaign2018@gmail.com

**Prose 99500**

FROM:

Benjamin Williams
~~[crossed out]~~
1343 W. Washburne ave
Chicago, IL 60608

Clerk of District Court
Civil Division
301 N Miami Ave
Suite 150
Miami, FL 33128

Utility Mailer
10 1/2" x 16"

ReadyPost

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL 60604
JAN 27, 2025
$4.61
Retail
RDC 99
33128
S2324H503460-08

FROM:

Benjamin Williams
~~Pete Washington~~
1343 W Washburne Ave
Chicago, IL 60608

To Southern District of Florida
Clerk of District Court
Civil Division
301 N Miami Ave
Suite # 117
Miami, FL 33128

Utility Mailer
10 1/2" x 16"

ReadyPost

Retail
U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL 60604
JAN 27, 2025
33128
$4.61
RDC 99
S2324H503450-08