# IN THE UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF FLORIDA

Benjamin Williams,                              }
          Plaintiff                         }
                       v }

TRUTH SOCIAL MEDIA, TRUMP MEDIA &   }
TECHNOLOGY GROUP CORP                }
                               }

DONALD J. TRUMP                         }
Defendant

### ORDER

After reviewing the facts of this case and finding as a matter of law the following is

hereby order:


_____ Judgment of $500,000,000.00 is hereby Granted.


\_\_\_\_ Judgment is hereby Granted in the amount of $_____


\_\_\_\_ Judgment is hereby denied.



_____       _____

Judge or Magistrate Signature       Date