# IN THE UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Benjamin Williams,<br>　　　Plaintiff<br><br>v<br><br>TRUTH SOCIAL MEDIA, TRUMP MEDIA &<br>TECHNOLOGY GROUP CORP<br><br><br>DONALD J. TRUMP<br>　　　Defendant | <br>FILED BY _____ D.C.<br>FEB 10 2025<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |

## MOTION FOR PRE-EMPTIVE GAG ORDER

**NOW COMES THE PLAINTIFF**, in a preventive action to move the court to place a gag order to prevent defendants from causing irreparable harm to plaintiff and family.

1. These defendants have been known to use 1st Amendment arguments to motivate violent political supporters and call-in action for threats and doxing of individuals and government agencies as well as the court staff in previous and present cases.

2. Courts have found it in the interest of justice to enter such orders in the past in cases such as **United States v. Trump, New York v Trump,** and such actions was upheld in the DC Court of Appeals, New York Court of Appeals and the United States Supreme Court.

3. This court have a duty to follow such precedent and enter a pre-emptive order before the defendants can cause harm or danger to this court staff, family and judges, as well as the

plaintiff and family.

4. The defendant has violated such orders before, but the justice system must enter order in order to prevent a miscarriage of justice. The defendant has also used surrogates to do an end around the Gag order, so it would be in the interest of fairness to prevent members of the DOJ, Congress and Trump family from violating such order.

**Wherefore,** Benjamin Williams prays the enters an order to gag the defendants and surrogates before they can cause irreparable harm.

_____ Date: 1-16-25

(Plaintiff's signature)

Benjamin Williams
Chicago, IL 60608
bw.campaign2018@gmail.com
Prose 99500





FROM:
Benjamin Williams
~~343 W Washington~~
1343 W Washburne ave
Chicago, IL 60608

TO: Southern D...
Clerk of District Cou...
Civil Division
301 N. Miami Ave
Suite II 117
Miami FL 33128

Utility Mailer
10 1/2" x 16